*Kemp* for petitioner. *Homer I. Mitchell, W. B. Carman* and *Warren M. Christopher* for Paramount Pictures, Inc. et al., and *Gurney E. Newlin* and *Hudson B. Cox* for Twentieth Century-Fox Film Corporation et al., respondents.

No. 426. ADAM, MELDRUM & ANDERSON CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Fred R. Tansill* and *Eugene Meacham* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *S. Dee Hanson* for respondent.

No. 428. PHILLIPS, TRUSTEE, *v.* TEXAS & NEW ORLEANS RAILROAD CO. C. A. 5th Cir. Certiorari denied. *Fred Much* for petitioner. *William R. Brown* for respondent.

No. 430. ALLEGHANY CORPORATION ET AL. *v.* JAMES FOUNDATION OF NEW YORK, INC. C. A. 2d Cir. Certiorari denied. *Orison S. Marden* and *Robert J. Bulkley* for petitioners. *A. Donald MacKinnon* for respondent.

No. 431. MOSES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Bernard S. Barron* and *George P. Halperin* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.

No. 433. CONSTANCE *v.* HARVEY, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Milton E. Ehrenreich* for petitioner. *Harvey M. Lifset* for respondent.